IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY DEAN, | * |
| Plaintiff, | * |
| vs. | *  CASE NO.: 2:07-cv-496 |
| CITY OF MONTGOMERY, | * |
| Defendants. | * |

### ANSWER OF DEFENDANT CITY OF MONTGOMERY

Comes now the City of Montgomery, above named Defendant, and hereby files its answer to the complaint of the Plaintiff Shirley Dean as follows:

1. Defendant City of Montgomery admits this Court is the proper Court to hear the matters asserted by the Plaintiff, but denies all material allegations contained within paragraph one and demand strict proof thereof.

2. Defendant City of Montgomery admits the allegations in paragraph two.

3. Defendant City of Montgomery admits the allegation in paragraph three.

4. Defendant is unaware of the allegations in paragraph four therefore the Defendant denies the allegations and demands strict proof thereof.

5. Defendant City of Montgomery admits the allegation contained in paragraph five of the complaint.

6. City of Montgomery admits that this is the proper venue.

7. Defendant admits the allegations in Part III paragraph five.

8. Defendant admits the allegations contained in the paragraph six.

9. Defendant City of Montgomery Denies the allegations contained in paragraph seven and demands strict proof thereof.

10. Defendant City of Montgomery Denies the allegations contained in paragraph eight and demands strict proof thereof.

11. Defendant City of Montgomery Denies the allegations contained in paragraph nine and demands strict proof thereof.

12. Defendant City of Montgomery Denies the allegations contained in paragraph ten and demands strict proof thereof.

13. Defendant City of Montgomery Denies the allegations contained in paragraph eleven and demands strict proof thereof.

14. Defendant City of Montgomery Denies the allegations contained in paragraph twelve and demands strict proof thereof.

15. Defendant City of Montgomery Denies the allegations contained in paragraph thirteen and demands strict proof thereof.

16. Defendant City of Montgomery Denies the allegations contained in paragraph fourteen and demands strict proof thereof.

17. Defendant City of Montgomery Denies the allegations contained in paragraph fifteen and demands strict proof thereof.

18. Defendant City of Montgomery Denies the allegations contained in paragraph sixteen and demands strict proof thereof.

19. Defendant City of Montgomery Denies the allegations contained in paragraph seventeen and demands strict proof thereof.

20. Defendant City of Montgomery Denies the allegations contained in paragraph

eighteen and demands strict proof thereof.

21. Defendant City of Montgomery Denies the allegations contained in paragraph nineteen and demands strict proof thereof.

22. Defendant City of Montgomery Denies the allegations contained in paragraph twenty and demands strict proof thereof.

23. Defendant City of Montgomery Denies the allegations contained in paragraph twenty one and demands strict proof thereof.

24. Defendant City of Montgomery Denies the allegations contained in paragraph twenty and demands strict proof thereof (The second paragraph 20).

## AFFIRMATIVE DEFENSES

### FIRST AFFIMATIVE DENSE

1. Defendant City of Montgomery generally denies all material allegations of the Complaint and denies that Plaintiff is entitled to any relief.

### SECOND AFFIRMATIVE DEFENSE

2. Defendant City of Montgomery avers that Plaintiff's Complaint and each count and cause thereof fails to state a cause of action against Defendant upon which relief can be granted.

### THIRD AFFIRMATIVE DEFNSE

3. Defendant City of Montgomery pleads the general issue and denies any allegations not specifically denied.

### FOURTH AFFIRMATIVE DEFENSE

4. Defendant City of Montgomery pleads that it did not violate Plaintiff's civil

rights or the Pregnancy Act.

## FIFTH AFFIRMATIVE DEFENSE

5.  Defendant City of Montgomery pleads voluntarily resignation and/or job abandonment by Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

6.  Defendant City of Montgomery pleads that all of its actions were for a legitimate, non-discriminatory business reason for all employment decisions.

## EIGHT AFFIRMATIVE DEFENSE

7.  Defendant City of Montgomery pleads estoppel, waiver and laches.

## RESEVATION OF RIGHTS

Defendant City of Montgomery reserves the right to amend these affirmative defenses as discovered and allowed by the Court.


Respectfully submitted this the 28th day of June, 2007.


                                              /s/Michael D. Boyle
                                            MICHAEL D. BOYLE (BOY032)
                                            Staff City Attorney

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by electronic filing/notification of the United States District Court Middle District of Alabama on this 28th day of June, 2007:

>Kathryn Dicky, Esq.
>The Law Offices of Kathryn Dicky
>322 Alabama Street
>Montgomery, Alabama 36104
>(334) 262-0728
>(334) 265-7696

>/s/ Michael D. Boyle
>Of Counsel