IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2:07-CV-496 |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, CITY OF MONTGOMERY, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

■ This party is a governmental entity, or

☐ There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |

6/29/07
Date

/s/Michael D. Boyle
(Signature)

Michael D. Boyle
(Counsel's Name)

City of Montgomery
Counsel for (print names of all parties)

103 N. Perry St.
Montgomery, Al 36101
334-241-2050

## CERTIFICATE OF SERVICE

    I, Michael D. Boyle, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 28th day of June 2007, to:

Katherine Dickey

| | |
|---|---|
| 6/29/2007 | /s/ Michael Boyle |
| Date | Signature |