IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHIRLEY D. DEAN,  )
  )
    Plaintiff,  )
  )
v.  ) CIVIL ACTION NO. 2:07-cv-496-ID
  )
CITY OF MONTGOMERY,  )
  )
    Defendant.  )
  )

*Filed stamp: 2007 JUL 13 A 10:54 — DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA*

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P.26(f) and Local Rule 26.2(b), a telephonic meeting was held on July 9, 2007, and was attended by:

Kathryn Dickey, Esq., Esq. for Plaintiff; and,

Michael David Boyle, Esq. for Defendant.

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed.R.Civ.P.26(a)(1) by August 1, 2007.

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

All Plaintiff's claims for liability and damages and all of Defendant's defenses thereto.

All discovery will be commenced in time to be completed by January 31, 2008.

There will be a maximum of 25 interrogatories by each party to any other party. Responses will be due 30 days after service.

There will be a maximum of 25 requests for production by each party to any other party. Responses will be due 30 days after service.

There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

There will be a maximum of 10 depositions taken by plaintiff and 10 depositions taken by defendant without further approval of the Court.

Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties or unless more time is needed for a fair examination in accordance with Rule 30(d)(2).

Reports from retained experts under Rule 26(a)(2) will be due from plaintiff by November 30, 2008, from defendant by December 30, 2008.

The parties agree to supplement discovery upon notice of the need to supplement but in no event later than 30 days before the close of discovery.

4. **Other Items.** The parties do not request a conference with the court before entry of the scheduling order.

Plaintiff should be allowed until September 30, 2008 to join additional parties and amend pleadings.

Defendant should be allowed until October 30, 2008 to join additional parties and amend pleadings.

All potentially dispositive motions should be filed by January 31, 2008.

Settlement cannot be evaluated prior to the completion of substantial discovery.

The parties will be ready for a pretrial conference by May 12, 2008.

The case should be ready for trial on June 23, 2008, and at this time is expected to take 3 - 4 days.

Date: July 12, 2007

*[signature]*
Kathryn Dickey
Law Offices of Kathryn Dickey
322 Alabama St.
Montgomery, AL 36104

*[signature]*
Michael David Boyle
City of Montgomery
103 North Perry St.
Montgomery, AL 36104