IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-CV-496-ID |
| | ) |
| CITY OF MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 12, filed October 26, 2007), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 29th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE