## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY D. DEAN, | ) Case No.: 2:07-CV-496 |
| Plaintiff, | ) **ANSWER TO AMENDED COMPLAINT** |
| vs. | ) |
| CITY OF MONTGOMERY, | ) |
| Defendant | ) |

COMES NOW the City of Montgomery, by and through undersigned counsel, and in answer to the Amended Complaint filed in the above-entitled case, says as follows:

1. Defendant City of Montgomery denies the material allegations contained in paragraph one of Plaintiff's Complaint;

2. Defendant City of Montgomery denies the material allegations contained in paragraph two of Plaintiff's Complaint;

3. Defendant City of Montgomery is without sufficient information to admit or deny all of the material allegations contained in paragraph three of Plaintiff's Complaint and, therefore, denies the said material allegations and demands strict proof thereof;

4. Defendant City of Montgomery denies the material allegations contained in paragraph four of Plaintiff's Complaint;

5. Defendant City of Montgomery is without sufficient information to admit or deny all of the material allegation contained in paragraph five of Plaintiff's Complaint and, therefore, denies the said material allegations and demands strict proof thereof;

6. Defendant City of Montgomery is without sufficient information to admit or deny all of the material allegation contained in paragraph six of Plaintiff's Complaint and, therefore, denies the said material allegations and demands strict proof thereof;

7.	Defendant City of Montgomery admits the material allegations contained in paragraph seven of Plaintiff's Complaint;

8.	Defendant City of Montgomery admits the material allegations contained in paragraph eight (labeled paragraph seven) of Plaintiff's Complaint;

9.	Defendant City of Montgomery denies that it is a "government agency" as alleged in paragraph nine (labeled paragraph eight) of Plaintiff's Complaint; Rather, Defendant avers that it is a municipal corporation organized and existing under the laws of the state of Alabama;

10.	Defendant City of Montgomery denies the material allegations contained in paragraphs ten through twenty-seven (labeled in the Complaint as paragraphs nine through twenty-six) of Plaintiff's Complaint and demands strict proof thereof.

11.	Defendant City of Montgomery denies the plaintiff's assertion in her claims for relief.

**AFFIRMATIVE DEFENSES**

1.	Defendant pleads the general issue.

2.	Defendant avers that Plaintiff voluntarily resigned and/or abandoned her job at the City of Montgomery.

3.	Defendant avers that a legitimate, non-discriminatory business reason exists for all employment decisions and actions.

4.	Defendant pleads the statute of limitations, the failure of the plaintiff to file an EEOC charge within one hundred eighty days of the alleged impermissible conduct and/or adverse employment action, and the failure of the plaintiff to exhaust her administrative remedies.

5.	Defendant pleads that the plaintiff failed to avail herself of the full preventative measures of Defendant's established and published anti-harassment policy in accordance with

the principles laid out in Faragher v. City of Boca Raton, 524 U.S. 775, 118 S.Ct. 2275, 141 L.Ed.2d 662 (1998) and Burlington Indus. Inc., v. Ellerth, 524 U.S. 742, 118 S.Ct. 2257, 141 L.Ed.2d 633 (1998), and thus, deprived the defendant of the opportunity to correct the complained-of harassing activity.

     Respectfully submitted,

     /s/ Wallace D. Mills
     Wallace D. Mills (MIL 090),
     Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of November, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

     Kathryn Dickey, Esq.
     Law Offices of Kathryn Dickey, LLC
     322 Alabama Street, Ste. B
     Montgomery, AL  36104

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

     /s/ Wallace D. Mills
     OF COUNSEL