IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHIRLEY D. DEAN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-496-ID ) |
| **CITY OF MONTGOMERY,** | ) ) |
| Defendant. | ) ) |

## CONFLICT DISCLOSURE STATEMENT

Comes now, plaintiff, in the above-captioned matter and, in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitles reportable under the provisions of the Middle District of Alabama's General Order No.:

1. Plaintiff is an individual.

Respectfully submitted this 12th day of December, 2007.

                                                 s/Kathryn Dickey
                                                 Kathryn Dickey (DIC025)
                                                 Attorney for Plaintiff

**OF COUNSEL:**
**LAW OFFICES OF KATHRYN DICKEY**
322 Alabama Street,
Suite B
Montgomery, AL 36104
(334) 262-0728

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on December 12, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael David Boyle

                          s/Kathryn Dickey
                          OF COUNSEL