IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHIRLEY DEAN                          )
                                      )
      Plaintiff,                )
                                      )
v.                                    )          Case No. 2:07-CV-496-ID
                                      )
CITY OF MONTGOMERY,                   )
                                      )
      Defendant.                )

## BRIEFING ORDER

For any dispositive motion filed pursuant to Section 2 of the Uniform Scheduling Order, it is CONSIDERED and ORDERED that:

1.  Briefs in support of or in opposition to any such motion generally **should not exceed 25 pages.** In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

2.  The parties are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

3.  For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

4.      Any discussion of evidence in a brief must include the specific reference, by

name or document number and by page and line, to where the evidence can be

found in the supporting evidentiary submission or in any document filed with

the court.

5.      Failure to comply strictly with this Order for all future filings may result in the

striking of the filing or other appropriate sanctions.

DONE this 28th day of January, 2008.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE