IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY D. DEAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF MONTGOMERY,<br><br>        Defendant | Case No.: 2:07-CV-496<br><br>**CITY OF MONTOMERY'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW the Defendant City of Montgomery, by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Honorable Court to grant it summary judgment based on the facts and grounds set forth in the Brief in Support of the Motion for Summary Judgment, which is filed simultaneously herewith.

Defendant submits, pursuant to the law, that there are no genuine issues as to any material facts, and that it is entitled to a judgment as a matter of law. Defendant further submits that Plaintiff has failed to present evidence in support of some elements of their case on which they bear the ultimate burden of proof.

In support of the Motion for Summary Judgment, the defendant submits the following:

1. Defendant's Answer (Doc. No. 4)

2. Defendant's Answer to Amended Complaint (Doc. No. 15)

3. Defendant's Brief in Support of Motion for Summary Judgment with Exhibits.

To the extent allowable by the Court, Defendant reserves the right to supplement this motion.

                                      /s/ Wallace D. Mills
                                      Wallace D. Mills (MIL 090),
                                      Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2d day of September, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

>Kathryn Dickey, Esq.
>Law Offices of Kathryn Dickey, LLC
>322 Alabama Street, Ste. B
>Montgomery, AL  36104

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

>/s/ Wallace D. Mills
>OF COUNSEL